| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| JOSEPH A. EISENBERG P.C. (SBN 52346) <br> THOMAS M. GEHER (SBN 130588) <br> JEFFER MANGELS BUTLER & MITCHELL LLP <br> 1900 Avenue of the Stars, Seventh Floor <br> Los Angeles, California 90067-4308 <br> Telephone:        (310) 203-8080 / Facsimile:   (310) 203-0567 <br> Email:               jae@jmbm.com <br>                             tgeher@jmbm.com <br> Counsel for Debtor and Proposed Counsel for Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re: <br><br> ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, <br> a California corporation, dba ACE GALLERY, <br><br><br>                                                                                            Debtor | Chapter 11 Case Number 2:13-bk-14135 RK <br><br> **Professional Fee Statement** <br><br> Number:    1 <br> Month of:  February, 2013 |
|---|---|

| | |
|---|---|
| 1. Name of Professional: | Jeffer Mangels Butler & Mitchell LLP |
| 2. Date of entry of order approving employment of the professional: | March 15, 2013 |
| 3. Total amount of pre-petition payments received by the professional: | $42,500.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -$12,300.90 |
| 5. Balance of funds remaining on date of filing of petition: | $30,199.10 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -$0.00 |
| 7. Less: Total amount of services and expenses this reporting period: [2/20/2013 - 2/28/2013] | -$23,633.37 |
| 8. Balance of funds remaining for next reporting period: | $6,565.73 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 9 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: March 22, 2013

| | |
|---|---|
| Thomas M. Geher | /s/ Thomas M. Geher |
| Type Name of Professional | Signature of Professional |
| | |
| Type Name of Attorney for Professional (if applicable) | Signature of Attorney for Professional (if applicable) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): **PROFESSIONAL FEE STATEMENT NUMBER 1 -MONTH OF FEBRUARY 2013 [JEFFER MANGELS BUTLER & MITCHELL LLP]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) March 22, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com
- Michael F Frank    mfrankatty@aol.com
- Thomas M Geher    tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com
- Kathryn Gose    kgose@stutman.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Alvin Mar    alvin.mar@usdoj.gov
- Christine M Pajak    cpajak@stutman.com
- Christopher O Rivas    crivas@reedsmith.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,asokolowski@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) March 22, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) March 22, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**SERVED BY OVERNIGHT MAIL**
The Honorable Robert Kwan
United States Bankruptcy Court'
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2013 | Billie Terry | /s/ Signature |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION - SERVED BY UNITED STATES MAIL:**

ART AND ARCHITECTURE BOOKS OF THE 21ST
CENTURY, a California corporation, dba
ACE GALLERY

Office of The United States Trustee
Alvin Mar
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Chapter 11
20 Largest Unsecured Creditors

Eric Wilson
6025 Canarvon Street
Vancouver, B.C.
V6N 1J9, CANADA

The Hapsmith Company
3844 Culver Center Street, Suite B
Culver City, CA 90232
Attn: Fred Nicholas

Seth Landsberg
423 North Faring Road
Los Angeles, CA 90077

Jennifer Kellen
16137 Sunset Blvd. #303
Pacific Palisades, CA 90272

Westminster Finance Inc.
9665 Wilshire Blvd., Suite M10
Beverly Hills, CA 90212
Attn: Bill Belzberg

Estate of Pentti Kouri
c/o Reed Smith LLP
599 Lexington Ave 22nd Floor
New York, NY 10022
Attn: Jason Cohen

AERC Desmond's Tower LLC
1 AEC Parkway
Richmond Heights, OH 44143
Attn: Jeffrey Friedman

Culver Center Partners - West #1, LLC
3844 Culver Center Street, Suite B
Culver City, CA 90232
Attn: Fred Nicholas

South Beverly Wilshire
249 S Beverly Drive
Beverly Hills, CA 90212
Attn: Yossi Dina

Ponte Equities
c/o Altschul & Altschul
18 East 12th Street
New York, NY 10003-4458
Attn: Mark Actschue

**ADDITIONAL SERVICE INFORMATION - SERVED BY UNITED STATES MAIL:**

Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90212
Attn: Jonathon Freund

South Beverly Wilshire
251 So Beverly Drive
Beverly Hills, CA 90212
Attn: Yossi Dina

Hassenfeld, Vivien and Alan
85 Shore Road
Bristol, RI 02809

Feingold, Ken
59 Whitney Street
Westport, CT 06880

American Express
PO Box 53765
Phoenix, AZ 85072-9945
Attn: Hanaa Khozam

Employers
7110 North Fresno St Suite 250
Fresno, CA 93720
Attn: Amy Agent

Rolls High Reach
PO Box 6100
Ventura, CA 93006
Attn: Danielle Forest

Gallet D & Berkey
845 Third Avenue
New York, NY 10022-6601
Attn: Donna Johanesson-Perroth

Paul Hastings
515 So Flower Street, 25th Floor
Los Angeles, CA 90071
Attn: Joy LeMay

LA Department of Water & Power
433 East Temple Street Bldg 1
Los Angeles, CA 90012
Attn: Amy Agent

LA Department of Water & Power
111 N Hope St
Los Angeles, CA 90012

Request for Special Notice

Counsel for Unsecured Creditors
Alan and Vivien Hassenfeld
Stephen D. Weisskopf, Esq.
Theodora Oringher P.C.
10880 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024