

**FILED & ENTERED**

**OCT 27 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gae           DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY,**<br><br>　　　　　Debtor. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>**ORDER RULING ON COMPETING FORMS OF JUDGMENT ON DEBTOR'S REQUEST FOR RELIEF FROM FORFEITURE AND MOTION TO ASSUME LEASE AND RESETTING STATUS CONFERENCE AND HEARING ON MOTION OF GRANTING AERC DESMOND'S TOWER, LLC FOR IMMEDIATE PAYMENTS PURSUANT TO 11 U.S.C. § 365(d)(3)**<br><br>CURRENT DATE: October 29, 2014<br>NEW DATE: November 12, 2014<br>TIME:  11:30 a.m.<br>PLACE:    Courtroom 1675<br>　　　　　　255 E. Temple St.<br>　　　　　　Los Angeles, CA 90012 |

　　　Pending before the court are competing forms of order and judgment on the request of Debtor Art and Architecture Books of the 21st Century ("Debtor") and its motion to assume lease submitted by the parties after the court issued its memorandum decision on September 18, 2014, indicating that the court will deny the request for relief from

forfeiture and motion to assume lease (ECF 664).  On September 23, 2014, AERC Desmond's Tower, LLC ("Landlord") lodged a proposed order and judgment with respect to Debtor's request for relief from forfeiture and motion to assume lease (ECF 670). Debtor filed an objection to Landlord's proposed judgment with an alternative proposed order and judgment on September 24, 2014 (ECF 672 and 673).  The Official Committee of Unsecured Creditors ("Creditors' Committee") filed a joinder to the Debtor's objection on September 24, 2014 (ECF 674).

The court conducted a hearing on the competing forms of order and judgment on October 14, 2014.  After considering the briefing and oral arguments made by the parties at the October 14, 2014, hearing, the court adopts the form of order and judgment proposed by Landlord.  The court does so for the following reasons.  The court determines that "expired" and "terminated" are not synonymous and agrees with the interpretation and  analysis of those statutory terms found in 11 U.S.C. § 365 by the court in *In re Morgan,* 181 B.R. 579, 583-584 (Bankr. N.D. Ala. 1994)(although interpreting lease governed by Alabama law, the analysis of the terms "expired" and "terminated" in the lease and the statute, 11 U.S.C. § 365 is based on plain meaning of the words as defined in general reference works, including Black's Law Dictionary and Webster's II New Riverside University Dictionary).  Thus, the lease will be deemed rejected upon entry of the order denying Debtor's motion to assume the lease based on the Ninth Circuit's opinion in *In re Cukierman*, 265 F.3d 846, 848 (9th Cir. 2001)(stating that denial of a bankruptcy debtor's motion to assume a lease "amounted to a rejection of the lease").  Moreover, the court determines that Landlord's right to immediate surrender of the property accrues upon the deemed rejection of Debtor's motion to assume the lease based on the Ninth Circuit's opinion in *In re Elm Inn, Inc.*, 942 F.2d 630, 633-634 and n. 3 (9th Cir. 1991)(stating that "the lessor's right to immediate surrender of the property simultaneously accrued" when the lease was deemed rejected under 11 U.S.C. § 365(d)(4)).

The court also continues the Chapter 11 case management and status conference in this bankruptcy case and the further hearing on Landlord's Motion to Compel Immediate Payments, currently set for October 29, 2014, at 11:00 a.m. and 11:30 a.m., because the court is further deliberating on the immediate payments motion in that it is still working on its written decision on the motion. These hearings are therefore continued to November 12, 2014 at 11:30 a.m.

The proposed form of order and judgment submitted by Landlord will be approved as that of the court.

**IT IS SO ORDERED**.

###

Date: October 27, 2014

Robert Kwan
United States Bankruptcy Judge