RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN143945)
KURT RAMLO (SBN 166856)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; bry@lnbyb.com; kr@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (LOS ANGELES DIVISION)

| | |
|---|---|
| In re:<br><br>ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, dba  ACE GALLERY,<br><br><br>     Debtor and Debtor in Possession. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>**SUPPLEMENTAL DISCLOSURE OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") hereby submits this Supplemental Disclosure pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure. LNBYB has learned that, prior to LNBYB's representation of Art and Architecture Books of the 21st Century, dba Ace Gallery, Chapter 11 debtor and debtor in possession in the above-entitled bankruptcy case (the "Debtor"), LNBYB represented in a completely unrelated matter, Ben Jewelry, Inc., which asserts a claim against the Debtor.   LNBYB's representation of Ben Jewelry, Inc. terminated prior to the commencement of LNBYB's representation of the Debtor.   LNBYB's representation of Ben Jewelry, Inc. did not involve the Debtor, the Debtor's bankruptcy case, Ben Jewelry, Inc.'s claim against the Debtor, or any other matter as between the Debtor and Ben Jewelry, Inc.   LNBYB provides this information out of an abundance of caution and solely for disclosure purposes, to the extent any is needed.

Dated: February 12, 2015

ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, dba ACE GALLERY

By: ___/s/ Krikor J. Meshefejian_____
       Ron Bender
       Beth Ann R. Young
       Krikor J. Meshefejian
       LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
       Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **SUPPLEMENTAL DISCLOSURE OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 18, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

&#x2612; Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **February 18, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

&#x2610; Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 18, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
The Hon. Judge Robert N. Kwan
United States Bankruptcy Court
255 East Temple Street
Chambers 1682
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 18, 2015 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jason Balitzer     jbalitzer@sulmeyerlaw.com,
  jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com
- Ron Bender     rb@lnbyb.com
- Bruce Bennett     bbennett@jonesday.com
- Carol Chow     CChow@Stutman.com
- Mark C Fields     fields@markfieldslaw.com
- Marina Fineman     mfineman@stutman.com
- Michael F Frank     mfrankatty@aol.com
- Thomas M Geher     tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Eric D Goldberg     egoldberg@stutman.com
- Michael I Gottfried     mgottfried@lgbfirm.com, ncereseto@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com;marizaga@lgbfirm.com;echulpaeff@lgbfirm.com;levans@lgbfirm.com
- Asa S Hami     ahami@sulmeyerlaw.com,
  agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Mary D Lane     mal@msk.com, mec@msk.com
- Daniel A Lev     dlev@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com
- Sidney P Levinson     slevinson@jonesday.com,
  kfloyd@ecf.inforuptcy.com;kfloyd@jonesday.com
- Alvin Mar     alvin.mar@usdoj.gov
- Krikor J Meshefejian     kjm@lnbrb.com
- Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Christine M Pajak     cpajak@stutman.com
- Danielle A Pham     dpham@stutman.com, daniellepham@gmail.com
- Kurt Ramlo     kr@lnbyb.com, john@lnbyb.com
- Christopher O Rivas     crivas@reedsmith.com
- Victor A Sahn     vsahn@sulmeyerlaw.com,
  agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Victor A Sahn     vsahn@sulmeyerlaw.com,
  agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Michael C Schneidereit     mschneidereit@jonesday.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Steven Werth     swerth@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Beth Ann R Young     bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**