1 | Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2 | Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
3 | Asa S. Hami (CA Bar No. 210728)
     ahami@sulmeyerlaw.com
4 | **Sulmeyer**Kupetz
     A Professional Corporation
5 | 333 South Hope Street, Thirty-Fifth Floor
     Los Angeles, California 90071-1406
6 | Telephone: 213.626.2311
     Facsimile: 213.629.4520



**FILED & ENTERED**

APR 21 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

Attorneys for Official Committee of Unsecured Creditors **CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:13-bk-14135-RK |
| ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING CONDUCT OF RULE 2004 EXAMINATION INCLUDING PRODUCTION OF DOCUMENTS BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND CHAPTER 11 DEBTOR IN POSSESSION** |
| | Date:    [Hearing Date Not Necessary]<br>Time:    [Hearing Date Not Necessary]<br>Place:    Courtroom 1675<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

//

//

This Court, having considered the "Stipulation Regarding Conduct of Rule 2004 Examination Including Production of Documents by Official Committee of Unsecured Creditors and Chapter 11 Debtor in Possession" (the "Stipulation"), it is hereby:

ORDERED, that the Stipulation is approved; and it is

FURTHER ORDERED, in the event the parties cannot agree during their conference on any issues with respect to the conduct by the Designated Representative of the tasks and obtaining of information provided for in this Stipulation, this Court will conduct a hearing with respect to such disagreements on May 1, 2015 at 11:00 a.m. in Courtroom 1675.

###

Date: April 21, 2015

_____
Robert Kwan
United States Bankruptcy Judge

AG\ 2446669.1

2