1  RON BENDER (SBN 143364)
2  BETH ANN R. YOUNG (SBN143945)
3  KURT RAMLO (SBN 166856)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
4  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
5  Los Angeles, California 90067
   Telephone: (310) 229-1234; Facsimile: (310) 229-1244
6  Email: rb@lnbyb.com; bry@lnbyb.com; kr@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession



FILED & ENTERED

OCT 22 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (LOS ANGELES DIVISION)

| | |
|---|---|
| In re:<br><br>ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, dba ACE GALLERY,<br><br>Debtor and Debtor in Possession. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>**ORDER DENYING LANDLORD'S MOTION TO VACATE ORDER GRANTING MOTIONS FOR STAY PENDING APPEALS AND ORDERING DEBTOR TO VACATE AND SURRENDER PROPERTY**<br><br>Hearing:<br><br>Date: October 21, 2015<br>Time: 11:00 a.m.<br>Place: Courtroom 1675 |

The Court, having read and considered the *Motion to Vacate Order Granting Motions For Stay Pending Appeals And Ordering Debtor to Vacate and Surrender Property* (ECF No. 1317, filed September 25, 2015, the "Motion") by AERC Desmond's Tower, LLC (the "Landlord" or "AERC"), and having considered the written oppositions filed by the Debtor, Art and Architecture Books of the 21st Century, doing business as Ace Gallery, chapter 11 debtor and debtor in possession in the above-entitled bankruptcy case (the "Debtor," ECF No. 1338) and the Official Committee of Unsecured Creditors (the "Committee," ECF No. 1337), and having

1

entertained oral argument of the parties whose appearances were noted on the record of the hearing of the Motion, and for those reasons stated orally on the record, the Court orders as follows:

1. The Motion is denied without prejudice.

**IT IS SO ORDERED**.

### #

Date: October 22, 2015

_____
Robert Kwan
United States Bankruptcy Judge