1  Victor A. Sahn (CA Bar No. 97299)
   vsahn@sulmeyerlaw.com
2  Daniel A. Lev (CA Bar No. 129622)
   dlev@sulmeyerlaw.com
3  Asa S. Hami (CA Bar No. 210728)
   ahami@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520



FILED & ENTERED

NOV 16 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano   DEPUTY CLERK

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,<br><br>    Debtor. | **Case No. 2:13-bk-14135-RK**<br><br>Chapter 11<br><br>**ORDER APPROVING "STIPULATION TO CONTINUE HEARING ON MOTION IN LIMINE BY CREDITOR BEN JEWELRY, INC. TO PRECLUDE EVIDENCE AT CONFIRMATION HEARING ON FIRST AMENDED PLAN OF REORGANIZATION PROFFERED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS"**<br><br>[Stipulation at Dkt. No. 1431]<br><br>**Prior Hearing**<br><br>Date:  November 18, 2015<br>Time:  9:00 a.m.<br>Place:  Courtroom 1675<br><br>**Continued Hearing**<br><br>Date:  December 16, 2015<br>Time:  9:00 a.m.<br>Place:  Courtroom 1675 |

JLV\ 2458149.1

1  This Court having considered the "Stipulation to Continue Hearing on Motion in Limine
2  by Creditor Ben Jewelry, Inc. to Preclude Evidence at Confirmation Hearing on First Amended
3  Plan of Reorganization Proffered by the Official Committee of Unsecured Creditors"
4  ("Stipulation"), which is designated on the docket for this case at Docket No. 1431, and good
5  cause appearing therefor, it is hereby **ORDERED** as follows:

6  1. The Stipulation is approved.
7  2. The hearing on the Motion (as that term is defined in the Stipulation) is continued
8  from November 18, 2015, at 9:00 a.m., to December 16, 2015, at 9:00 a.m.

###

Date: November 16, 2015

_____
Robert Kwan
United States Bankruptcy Judge

JLV\ 2458149.1

2